**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CASE NO.:  6:15-cv-01004-GAP-DAB**

KATHY D. ROHALEY,

    Plaintiff,

v.

HAROLD RAY CRAIG, and U.S. XPRESS LEASING OF TENNESSEE, INC., and TOTAL TRANSPORTATION OF MISSISSIPPI LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

The Defendant, Total Transportation of Mississippi LLC, by and through its undersigned counsel hereby gives notice to the Court that Plaintiff and the Defendants have reached a settlement in this action.

                                                  BUTLER WEIHMULLER KATZ CRAIG LLP

                                                  DAVID A. MERCER, ESQ.
                                                  Florida Bar No.:  156035
                                                  dmercer@butler.legal
                                                  JAMIE R. COMBEE, ESQ.
                                                  Florida Bar No.:  108447
                                                  jcombee@butler.legal
                                                  Secondary:  eservice@butler.legal
                                                  400 N. Ashley Drive, Suite 2300
                                                  Tampa, Florida  33602
                                                  Telephone:     (813) 281-1900
                                                  Facsimile:      (813) 281-0900

        Attorneys for Defendant, Total Transportation of Mississippi LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015 a true and correct copy of the foregoing Notice has been filed with the Clerk of Court and furnished to all parties of record on the Service List below using the CM/ECF system:

## SERVICE LIST

Jeffrey M. Byrd, Esq.
Jeffrey M. Byrd, P.A.
2620 East Robinson Street
Orlando, FL 32803
attorneybyrd@aggressiveattorneys.com
Secondary: terry@aggressiveattorneys.com; pleadings@aggressiveattorneys.com
Attorney For: Plaintiff

_____
DAVID A. MERCER, ESQ.